THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Quentin L. Smith, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Greenwood County
 James W. Johnson, Jr., Circuit Court Judge
Wyatt T. Saunders, Jr., Post Conviction Relief Judge 

Memorandum Opinion No. 2007-MO-003
Submitted December 7, 2006  Filed January 16, 2007

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 C. Rauch Wise, of Greenwood, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the denial of post conviction relief (PCR) to Petitioner.  We dismiss the writ as improvidently granted.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.